# CIVIL CAUSE FOR INITIAL CONFERENCE
## BEFORE: JUDGE SANDRA J. FEUERSTEIN

DATE: January 29, 2019      TIME: 11:15 A.M.      TIME IN COURT: 30 minutes

CASE NUMBER: 2:18-cv-05126-SJF-AYS

CASE TITLE: King v. County Of Nassau et al

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 29 2019 ★
LONG ISLAND OFFICE

PLTFFS ATTY: Louis Chisari
__x__ present ____ not present

DEFS ATTY: Ralph Reissman
__x__ present ____ not present

COURT REPORTER

COURTROOM DEPUTY: Bryan Morabito

__X__ CASE CALLED.

_____ ARGUMENT HEARD / CONT'D TO _____.

_____ ORDER ENTERED ON THE RECORD.

OTHER: A further status conference is scheduled before Judge Feuerstein on March 14, 2019 at 11:15 am.