# CIVIL CAUSE FOR STATUS CONFERENCE
## BEFORE: JUDGE SANDRA J. FEUERSTEIN

DATE: September 4, 2019        TIME: 11:15 A.M.        TIME IN COURT: 30 minutes

CASE NUMBER: 2:18-cv-05126-SJF-AYS

CASE TITLE: King v. County Of Nassau et al

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 04 2019 ★
LONG ISLAND OFFICE

PLTFFS ATTY: _Louis Chisari and William K. Joseph_

   x   present  _____ not present

DEFS ATTY: _Ralph Reissman_

   x present  _____ not present

COURT REPORTER

COURTROOM DEPUTY: Bryan Morabito

_X_   CASE CALLED.

_____   ARGUMENT HEARD / CONT'D TO _____.

_____   ORDER ENTERED ON THE RECORD.

OTHER: Outstanding discovery is respectfully referred to the assigned magistrate judge. All discovery shall be complete by 1/10/2020. A pretrial conference is scheduled before Judge Feuerstein on 2/13/2020 at 11:15 am.